## JUNE 28, 2002

No. 01–648. AINSWORTH ET AL. *v.* STANLEY, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKune* v. *Lile, ante,* p. 24.

No. 01–797. THOMAS, A MINOR, BY HER FATHER, THOMAS, ET AL. *v.* ROBERTS ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hope* v. *Pelzer, ante,* p. 730.

No. 01–1159. VAUGHAN *v.* COX ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hope* v. *Pelzer, ante,* p. 730.

No. 01–6798. PERKINS *v.* ALABAMA. Sup. Ct. Ala. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Atkins* v. *Virginia, ante,* p. 304.

No. 01–6821. HARROD *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ring* v. *Arizona, ante,* p. 584.

No. 01–7310. ALLEN *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ring* v. *Arizona, ante,* p. 584.